UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LETICIA CRUZ-RAMIREZ, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.  CR07-149-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on May 9, 2007. The United States was represented by AUSA Karyn Johnson and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 16, 2003 in the District of Oregon by the Honorable Michael R. Hogan on a charge of Conspiracy to Distribute 500 Grams or More of Cocaine, and sentenced to 37 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a mental health program and take medication as prescribed. (Dkt. 6.) Supervision was transferred to this District on April 17. 2007. (Dkt. 1.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

In an application dated April 20, 2007 (Dkt. 4), U.S. Probation Officer Christopher S. Luscher alleged the following violations of the conditions of supervised release:

1.  Failing to submit a truthful and complete written report to the probation officer within the first five days of each month, since September 2006, in violation of standard condition No. 7.

2.  Failing to notify the probation officer within 72 hours of a change in residence, on or before November 13, 2006, in violation of standard condition No. 11.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of May, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:        Honorable Ricardo S. Martinez
    AUSA:                  Karyn Johnson
    Defendant's attorney:  Carol Koller
    Probation officer:     Christopher S. Luscher

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2